## STATE OF CONNECTICUT *v.* HECTOR S. SOTO

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 21 (AC 13569), is denied.

*Donald Dakers*, special public defender, in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in opposition.

Decided February 13, 1996

## STATE OF CONNECTICUT *v.* NOEL MENDOZA

The defendant's petition for certification for appeal from the Appellate Court (AC 15008) is denied.

*Michael L. Moskowitz*, in support of the petition.

*Lisa Herskowitz*, deputy assistant state's attorney, in opposition.

Decided February 21, 1996

## DONALD LEE WILLIAMSON *v.* COMMISSIONER OF CORRECTION

The petitioner Donald Lee Williamson's petition for certification for appeal from the Appellate Court, 39 Conn. App. 773 (AC 14406), is denied.

*Neal Cone*, assistant public defender, in support of the petition.

*Denise B. Smoker*, deputy assistant state's attorney, in opposition.

Decided February 21, 1996